**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE BOATING ACCIDENT

OF OCTOBER 29, 2022.

           Case No. 25-51217
           Hon. _____

_____/

DONALD C. BROWNELL (P48848)
J. SCOT GARRISON (P44963)
VANDEVEER GARZIA, P.C.
Attorney for Petitioner
Walstrom Marine, LLC, d/b/a
Algonac Harbor Club
840 W. Long Lake Rd., Ste. 600
Troy, MI  48098-6340
(248) 312-2800/Fax (248) 879-0042
dbrownell@vgpclaw.com
sgarrison@vgpclaw.com

_____/

**IN RE BOATING ACCIDENT OF OCTOBER 29, 2022**

NOW COMES Petitioner, WALSTROM MARINE, LLC, d/b/a

ALGONAC HARBOR CLUB, a Michigan Limited Liability Company, by and through its attorneys, VANDEVEER GARZIA, P.C., and for its Petition regarding its *Touhy* Request to the United States Coast Guard, filed pursuant to the provisions of 28 USC § 1331, based upon *United States ex rel. Touhy v Ragen,* 340 US 462; 71 S Ct 416; 95 L Ed 417 (1951) and the amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, states as follows:

1. Petitioner is a Michigan corporation, licensed to conduct business in the State of Michigan.

2. The incident, which is the subject of this Complaint, occurred in the City of Algonac, County of St. Clair, State of Michigan on October 29, 2022.

3. It has been alleged that Petitioner removed the buoys marking the entrance to the North Channel of the St. Clair River prior to the subject incident, contrary to the dates indicated in the United States Coast Guard Light List, which would have permitted Petitioner to remove the buoys from the water on November 1st.

4. Upon information and belief, and conversations with the representative from the United States Coast Guard, there is a seven

(7) day window both before and after November 1st for the buoys to be removed from the water.

5. On August 4, 2025, Petitioner sent a *Touhy* request to Commander Brett F. McCall, along with a subpoena and Notice of Taking Deposition Duces Tecum to Mr. Ted Connelly directly on August 25, 2025.

6. On September 11, 2025, Christopher L. Clifton of the United States Coast Guard indicated that they will not be responding to Petitioner's subpoena.

7. Petitioner has complied with all requirements under 33 CFR § 1.20-1, 49 CFR § 9.1, et seq., and 42 CFR § 2.284.

8. Petitioner's request identified the employee whose testimony Petitioner is seeking by naming Mr. Ted Connelly.

9. Petitioner's request described the relevance of Mr. Connelly's anticipated testimony.

10. Petitioner's request identified the parties to the underlying proceeding.

11. Petitioner's request indicated that the desired testimony is not reasonably available from any other source.

12. Petitioner's request indicated that no record could be provided and used in lieu of employee testimony.

13. Petitioner's request outlined the substance of the testimony expected by Mr. Connelly.

14. Petitioner recognizes the limitation placed upon the use of a member of the United States Coast Guard as a live witness during a trial, as set forth at 46 USC § 6308(a) and more recently in *In re Trinity Tugs, LLC*, No. 3-24-cv-00327, 25 US Dist Lexis 41209; 2025 WL 729714 (S.D. Tex. Mar 7, 2025).

15. Petitioner's request complied with 49 CFR § 9.15(a) in seeking the testimony of the United States Coast Guard representative to address the Light List.

16. Petitioner requires the information from the United States Coast Guard regarding the Light List in order to defend a claim arising from the subject accident, and the information is not available from any source other than the United States Coast Guard via testimony or affidavit.

WHEREFORE, Petitioner respectfully requests that this Honorable Court GRANT its Petition regarding it's *Touhy* Request to the United States Coast Guard, enter an order that the United States Coast Guard present the witness for deposition, and all other relief that this Honorable Court deems warranted or justified.

                                              Respectfully submitted,

                                              VANDEVEER GARZIA, P.C.

                                    By:  /s/ Donald C. Brownell
                                                  DONALD C. BROWNELL (P48848)
                                                  J. SCOT GARRISON (P44963)
                                                  Attorneys for Petitioner

Dated: September 23, 2025